IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. Action No. 5:22-cv-00437-BO-RN

| LABORATORY CORPORATION OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **DEFENDANTS' CONSENT MOTION** |
| v. | ) | **TO STAY DEADLINES** |
| | ) | |
| ASL-DEN, LLC f/k/a APP-UNIPATH, LLC, d/b/a UNIPATH; and ATHANASSIOS PAPAIOANU, | ) | |
| Defendants. | ) | |

Before the Court is Defendants' Consent Motion to Stay Deadlines. Defendants seek to stay all case deadlines for 60 days. Defendants contend that the stay would allow the parties to focus on settlement terms and reaching resolution of this case. Defendants' Motion states that Plaintiff has consented to the stay. Based on its review of the Motion, the Court finds that good cause exists to allow the requested stay. Upon the conclusion of the stay, if the Parties have not resolved this matter, the deadline to file the 26(f) Report will be January 22, 2024, and the deadline for Plaintiff to respond to Defendants' Motion to Dismiss will be February 1, 2024.

IT IS THEREFORE ORDERED that Defendants' Consent Motion to Stay Deadlines is GRANTED. All deadlines will be stayed for 60 days until January 22, 2024.

Dated: November 27, 2023

_____
Robert T. Numbers, II
United States Magistrate Judge