IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00437-BO

| | |
|---|---|
| **Laboratory Corporation of America**, <br><br> Plaintiff, <br><br> v. <br><br> **ASL-DEN, LLC, et al.**, <br><br> Defendants. | **Order** |

    This matter comes before the court on the parties' joint motion to stay existing deadlines. D.E. 39. The motion contends that the parties are have reached a settlement to fully resolve the case. It requests additional time to finalize documents of their agreement.

    The parties then filed a notice of settlement and request for a stay of proceedings. D.E. 40. The motion states that the parties executed a settlement agreement resolving all claims. Once a precondition is satisfied, the parties anticipate seeking stipulated permanent injunction, followed by a voluntarily dismissal of the action. The motion requests a stay of proceedings until the stipulated injunction is entered.

    For good cause shown, the court grants the motion to stay (D.E. 39) and request to stay the proceedings (D.E. 40). All deadlines are stayed for the earlier of 60 days or until the court enters the stipulated injunction contemplated by the parties.

Dated: February 9, 2024.

                                                             */s/ Robert T. Numbers, II*
                                                             ROBERT T. NUMBERS, II
                                                            UNITED STATES MAGISTRATE JUDGE